CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
OCT 24, 2024
LAURA A. AUSTIN, CLERK
BY: s/B. McAbee
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| TERESA H. ROBERSON, | ) |
| Plaintiff, | ) Civil Action No. 4:24-CV-00017 |
| v. | ) **JUDGMENT ORDER** |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) By:   Hon. Thomas T. Cullen<br>) United States District Judge |
| Defendant. | ) |

Having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), it is hereby **ORDERED** that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The Clerk is directed to forward a copy of this Judgement Order to the parties and to strike this case from the court's active docket.

**ENTERED** this 24th day of October, 2024.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE